# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

BILLJCO, LLC

vs.

APPLE INC.

Case No.: 6:21-cv-528

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Larissa S. Bifano, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent Apple Inc. in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) DLA Piper LLP (US) with offices at:

    Mailing address: 33 Arch Street, 26th Floor

    City, State, Zip Code: Boston, MA 02110-1447

    Telephone: 617-406-6000     Facsimile: 617-406-6100

2. Since November 28, 2005, Applicant has been and presently is a member of and in good standing with the Bar of the State of Massachusetts. Applicant's bar license number is 663105.

3. Applicant has been admitted to practice before the following courts:

    | Court: | Admission date: |
    |---|---|
    | Massachusetts State Courts | 11/28/2005 |
    | District of Massachusetts | 4/27/2006 |
    | U.S Court of Appeals - Federal Circuit | 10/5/2010 |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):
N/A

5. I ☒ have ☐ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

Number: See Attachment A _____ on the _____ day of _____, _____.

Number: _____ on the _____ day of _____, _____.

Number: _____ on the _____ day of _____, _____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:
N/A

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):
N/A

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: John M. Guaragna

Mailing address: 303 Colorado Street, Suite 3000

City, State, Zip Code: Austin, TX 78701-4653

Telephone: 512 457-7000

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Larissa S. Bifano to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Larissa S. Bifano
[printed name of Applicant]

*[signature]*
[signature of Applicant]

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 5 day of August, 2021.

Larissa S. Bifano
[printed name of Applicant]

*[signature]*
[signature of Applicant]

**Attachment A - Larissa Bifano - Motion for Admission Pro Hac Vice**

5. I have previously applied to Appear Pro Hac Vice in this district court in Cases:

Number: 1:18-cv-00990 on the 13th day of December, 2018.

Number: 1:18-cv-00991 on the 13th day of December, 2018.

Number: 1:18-cv-00293 on the 19th day of April, 2018.

Number: 1:18-cv-00296 on the 19th day of April, 2018.

Number: 1:18-cv-00158 on the 15th day of March, 2018.

Number: 1:18-cv-00159 on the 15th day of March, 2018.

Number: 1:18-cv-00161 on the 15th day of March, 2018.

Number: 1:18-cv-00163 on the 15th day of March, 2018.

Number: 1:18-cv-00164 on the 15th day of March, 2018.

Number: 1:18-cv-00166 on the 15th day of March, 2018.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

BILLJCO, LLC

vs.                                                                        Case No.: 6:21-cv-528
APPLE INC.

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Larissa S. Bifano, counsel for Apple Inc., and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Larissa S. Bifano may appear on behalf of Apple Inc. in the above case.

IT IS FURTHER ORDERED that Larissa S. Bifano, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of August _____, 20____.


_____
UNITED STATES DISTRICT JUDGE