# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| BILLJCO, LLC | § § | |
| vs. | § § | NO: WA:21-CV-00528-ADA |
| APPLE, INC. | § § | |

## ORDER RESETTING MARKMAN HEARING

**IT IS HEREBY ORDERED** that the above entitled and numbered case is reset for MARKMAN HEARING by Zoom on February 22, 2022 at 01:30 PM .

IT IS SO ORDERED this 9th day of February, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS LLC D/B/A<br>BRAZOS LICENSING AND<br>DEVELOPMENT, GOOGLE LLC<br><br>vs.<br><br>TERRIER SSC, LLC | §<br>§<br>§<br>§<br>§ | CIVIL NO:<br>WA:21-MC-01269-ADA |

## ORDER SETTING HEARING ON MOTION TO CONSOLIDATE

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **MOTION HEARING** by zoom on **Monday, February 14, 2022 at 10:30 AM**. This hearing is for all cases listed in bold font on the underlying motion.

IT IS SO ORDERED this 9th day of February, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT, GOOGLE LLC | § § § § | CIVIL NO: WA:21-MC-01270-ADA |
| vs. | § | |
| BP FUNDING TRUST | | |

## ORDER SETTING HEARING ON MOTION TO CONSOLIDATE

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **MOTION HEARING** by zoom on **Monday, February 14, 2022 at 10:30 AM**. This hearing is for all cases listed in bold font in the underlying motion.

IT IS SO ORDERED this 9th day of February, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE